1 **Lewis R. Landau** (CA Bar No. 143391)
**Horgan, Rosen, Beckham & Coren, LLP**
23975 Park Sorrento, Suite 200
Calabasas, CA 91302
Email: LLandau@hrbc.com
Voice and Fax: (888) 822-4340

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Terrance Alexander Tomkow,<br><br>Debtor.<br>_____<br>Terrance Alexander Tomkow,<br><br>Objecting Party,<br>vs.<br>Kenneth Barton,<br><br>Claimant. | Case No.: 2:13-bk-19712-WB<br>Adv. No.: To be assigned<br><br>Chapter 13<br><br>**COMPLAINT FOR MANDATORY SUBORDINATION AND DISALLOWANCE OF CLAIM**<br>**[11 U.S.C. §§ 502(b)(1); 510(b)]**<br><br>Date: To be set<br>Time: To be set<br>Place: Courtroom 1375; Judge Brand<br>US Bankruptcy Court<br>255 E. Temple Street, 13th Floor<br>Los Angeles, CA 90012 |

Terrance Alexander Tomkow ("Debtor" or "Plaintiff"), herein complains against Kenneth Barton ("Barton") as follows:

///

///

///

///

///

///

-1-

**STATEMENT OF JURISDICTION, PARTIES AND PROCEDINGS**

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(a), as this is a core proceeding under 28 U.S.C. § 157(b)(2)(B). Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to a case under title 11 of the United States Code which is still pending.

2. This is a proceeding under Federal Rules of Bankruptcy Procedure 3007(b) and 7001(8).

3. Plaintiff is a chapter 13 debtor.

4. Barton is a creditor of Debtor having filed proof of claim # 9 in Debtor's case.

**CLAIM FOR RELIEF**

**(Mandatory Subordination Pursuant To 11 U.S.C. § 510(b) and**

**Disallowance under 502(b)(1))**

5. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 4 as though set forth in full.

6. Debtor is an affiliate of RPost International Limited ("RIL") and has held in excess of 20% of the RIL voting shares since at least 2006.

7. Barton's claim # 9 is a claim for damages arising from the purchase or sale of a security consisting of common stock of an affiliate of the Debtor.

8. Pursuant to 11 U.S.C. § 510(b), Barton's claim is subject to mandatory subordination and shall be treated with the same priority as common stock. Debtor has no equity security interests.

9. Barton's claim is unenforceable against the Debtor or property of the Debtor and is subject to disallowance under 11 U.S.C. § 502(b)(1).

///
///
///
///
///

1  *WHEREFORE*, Plaintiff prays for judgment as follows:

2  1. Mandatory subordination and disallowance of Barton's proof of claim # 9.

3  2. For such other and further relief as the Court deems just and proper.

Dated: October 1, 2013                    **Horgan, Rosen, Beckham & Coren, LLP**
                                          **Lewis R. Landau**


                                          By:*/s/ Lewis R. Landau*
                                          Lewis R. Landau
                                          Attorneys for Debtor